## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**LEE LUCAS #338382**                    **CIVIL ACTION NO. 24-cv-804 SEC P**

**VERSUS**                    **JUDGE TERRY A. DOUGHTY**

**JAKE BAIRD ET AL**                    **MAGISTRATE JUDGE HORNSBY**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lee Lucas' Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**MONROE, LOUISIANA**, this the 18th day of November 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**